KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
*gilchrist@kilpatricktownsend.com*
RYAN T. BRICKER (State Bar No. 269100)
*rbricker@kilpatricktownsend.com*
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
PATAGONIA, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

PATAGONIA, INC.,

Plaintiff,

v.

DAVID GROVES, DBA KALEIDOSCOPE CUSTOM APPAREL AND DESIGN,

Defendant.

Case No. 2:17-cv-2601

**PLAINTIFF PATAGONIA, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Patagonia, Inc. voluntarily seeks to dismiss without prejudice its claims in this action. As of this date, Defendant has not filed an answer or otherwise responded to the Complaint.

Dated: May 3, 2017

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Ryan T. Bricker*
GREGORY S. GILCHRIST
RYAN T. BRICKER

Attorneys for Plaintiff
PATAGONIA, INC.

69330287V.1